UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INDIA STEAMSHIP,

                Plaintiff,

    - against -

MERCATOR LINES LTD.,

                Defendant.
------------------------------------------------------------------X

JUDGE SWAIN

07 CV 9342

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff: CHAMBAL FERTILIZERS AND CHEMICALS, LTD (parent).

Dated: October 17, 2007
       New York, NY

                    The Plaintiff,
                    INDIA STEAMSHIP

By: _____
Kevin J. Lennon
Charles E. Murphy
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - fax
kjl@lenmur.com
cem@lenmur.com